UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | | |
| | ) | | |
| ALIM TURNER, | ) | No.: | 3:19-CR-151-TAV-DCP-1 |
| USHERY STEWART, | ) | | 3:19-CR-151-TAV-DCP-2 |
| RONALD TURNER, | ) | | 3:19-CR-151-TAV-DCP-3 |
| KEDARIS GILMORE, | ) | | 3:19-CR-151-TAV-DCP-4 |
| MAHLON PRATER, JR., | ) | | 3:19-CR-151-TAV-DCP-7 |
| DEMETRIUS BIBBS, | ) | | 3:19-CR-151-TAV-DCP-9 |
| JYSHON FORBES, | ) | | 3:19-CR-151-TAV-DCP-10 |
| TREVOR COX, | ) | | 3:19-CR-151-TAV-DCP-14 |
| | ) | | |
| Defendants. | ) | | |

## **ORDER**

This criminal case is before the Court on defendant Demetrius Bibbs's motion for extension of time to file a motion for judgment of acquittal and/or motion for new trial [Doc. 522] and supplemental motion for extension of time [Doc. 523], as well as Jyshon Forbes's motion to adopt [Doc. 524].

Defendant Bibbs seeks a fourteen-day extension of the deadline to file a Rule 29 motion for judgment of acquittal or Rule 33 motion for new trial. As grounds, defendant Bibbs states that additional time is needed to review trial transcripts and perform legal research, for counsel to confer with defendant, and for counsel to address obligations relating to other clients which were delayed during the pendency of the trial. In addition, Mr. Bibbs's defense counsel is scheduled to be out of town from August 4 through

August 6. Defendant Bibbs contends that the extension would serve the interests of justice and would assure that defendant receives effective assistance of counsel. Finally, defendant Bibbs states that counsel for the United States indicates that it does not oppose the motion [Doc. 523].

Defendant Forbes seeks to adopt defendant Bibbs's motion. Counsel for the United States has advised the Court that it does not oppose the request. Furthermore, in the interest of judicial economy, rather than granting additional potential requests piecemeal, the Court will consider, in this instance, all of the defendants to have joined in the request for an extension.

In the absence of opposition by the government, and for good cause shown, defendants' motions [Docs. 522, 523, 524] are hereby **GRANTED**. Defendants Alim Turner, Ushery Stewart, Ronald Turner, Kedaris Gilmore, Mahlon Prater, Jr., Demetrius Bibbs, Jyshon Forbes, and Trevor Cox, shall have until and including **August 20, 2021** to file motions pursuant to Rules 29 and/or 33 of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED.

s/ Thomas A. Varlan<br>
UNITED STATES DISTRICT JUDGE